# Exhibit A

Kent County Superior Court

## Case Summary

**Case No. KM-2025-0445**

| | | | |
|---|---|---|---|
| **New England Property Services Group v. Selective Insurance Company of South Carolina** | § | Location: | **Kent County Superior Court** |
| | § | Filed on: | **04/11/2025** |

---

### Case Information

|  | |
|---|---|
| Case Type: | Other Miscellanous Petition |
| Case Status: | **04/11/2025** **Unassigned** |

### Party Information

| **Plaintiff** | **New England Property Services Group** | **BRADY, MICHAEL H.** *Retained* |
|---|---|---|
| | | **ALVES, THOMAS JOHN** *Retained* **Elias, Nicholas** *Retained* |
| **Defendant** | **Selective Insurance Company of South Carolina** | |

### Case Events

| 04/11/2025 | Petition Filed |
|---|---|
| 04/18/2025 | Summons |
| 04/18/2025 | Omnibus Form |
| 05/01/2025 | Proof of Service Filed |

### Hearings

05/16/2025  **Hearing on Motion to Appoint** (9:30 AM) (Judicial Officer: Van Couyghen, Associate Justice Brian)
05/16/2025 Reset by Court to 05/16/2025

### Financial Information

**Plaintiff**   New England Property Services Group
Total Financial Assessment                                                                                       180.75
Total Payments and Credits                                                                                      180.75
**Balance Due as of 05/09/2025**                                                                      **0.00**

| 04/11/2025 | Transaction Assessment | | 180.75 |
|---|---|---|---|
| 04/11/2025 | Electronic Payment | Receipt # SCK-2025-000706 | (180.75) |